**Order entered May 31, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00017-CR

## RICARDO BELTRAN, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F10-56077-M**

## ORDER

The reporter's record was filed May 20 and May 29, 2019. In light of this, we **VACATE** our May 15, 2019 order to the extent it orders Belinda Baraka not to sit.

We **DIRECT** the Clerk to send copies of this order to the Honorable Ernest White, Presiding Judge, 194th Judicial District Court; Belinda Baraka, official court reporter, 194th Judicial District Court; to the Dallas County Auditor's Office; and to counsel for all parties.

/s/     CORY L. CARLYLE
           JUSTICE